MONTGOMERY *v.* JACKSON.

LUMPKIN, J. While the evidence would have authorized a different finding, under the sworn pleadings, which were used as evidence, and the other evidence introduced, this court can not say that there was an abuse of discretion in granting the injunction.

*Judgment affirmed. All the Justices concur.*

Argued June 7,—Decided July 16, 1909.

Injunction. Before Judge Kimsey. Hall superior court. April 15, 1909.

The exception was to the grant of an injunction restraining the operation of a skating-rink in an old building situated about 150 yards from the plaintiff's home. His wife was an invalid, had been bedridden for about fifteen years, was nervous, and required his constant attention; it was regarded as dangerous to attempt to move her, on account of the risk of breaking her bones, which were soft; and the noise in the rink at night annoyed them and prevented them from sleeping, thus tending to injure their health, etc. The defendant contended, that the noise was not such as to disturb an ordinary person; and that the plaintiff, although previously advised, stood by and saw the defendant expend money in arranging and preparing the rink, and made no objection for several months and until the plaintiff had proceeded to such an extent that the stopping of the business so carried on would result in serious loss to him.

*W. B. Sloan,* for plaintiff in error, cited, on nuisance: Civil Code, §3861; 20 *Ga.* 350; 50 *Ga.* 130; 108 *Ga.* 680. On estoppel by laches: 118 *Ga.* 895; 123 *Ga.* 1; 129 *Ga.* 557.

*J. M. Merritt,* contra, cited Civil Code, §3859; 72 *Ga.* 172; 122 *Ga.* 342; 112 *Ga.* 788; Wood, Nuis. (3d ed.) §611; 10 Ohio D. 107; 29 W. Va. 48; 21 Am. & Eng. Enc. L. 695; 42 *Ga.* 631; 39 *Ga.* 211; 96 *Ga.* 425.